**Cyrus Momus STILES, Movant–Appellant,**

v.

**STATE of Missouri, Respondent.**

No. 15698.

Missouri Court of Appeals, Southern District, Division Two.

Feb. 21, 1989.

Motion for Rehearing and/or Transfer to Supreme Court Denied March 15, 1989.

James R. Schumacher, Asst. Public Defender, Springfield, for movant-appellant.

William L. Webster, Atty. Gen., William J. Swift, Asst. Atty. Gen., Jefferson City, for respondent.

PREWITT, Presiding Judge.